UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:20-CV-373-DJH
*(ELECTRONICALLY FILED)*

SECURA INSURANCE, A MUTUAL COMPANY                    COUNTER-DEFENDANT

v.                                    **AGREED ORDER**

BOND, INCORPORATED
d/b/a GRILL & CHILL OF MIDDLETOWN                              DEFENDANT


\* \* \* \* \*

Come now Plaintiff/Counter-Defendant, SECURA Insurance Company, a Mutual Company, and Defendant/Counter-Claimant, Bond Incorporated, d/b/a Grill & Chill of Middletown, by and through counsel, and these parties being in agreement, and this Court being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED** that the common law and/or statutory bad faith violations claims and Consumer Protection Act claims as contained in the Counterclaim of Counter-Claimant be, and the same are, hereby bifurcated and held in abeyance until such time as the underlying coverage and appraisal process  disputes have been fully and finally determined judicially, or fully and finally completed or resolved by settlement.

**IT IS FURTHER ORDERED** that any and all discovery regarding the common law and/or statutory bad faith violations claims and Consumer Protection Act claims as contained in the Counterclaim of Counter-Claimant be, and the same is, hereby stayed and held in abeyance until such time as the underlying coverage and appraisal process disputes have been fully and finally determined judicially, or fully and finally completed or resolved by settlement.

HAVE SEEN AND AGREED TO:


/s/ David K. Barnes_____
David K. Barnes
SCHILLER BARNES MALONEY PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
T: (502) 583-4777
F: (502) 583-4780
dbarnes@sbmkylaw.com
*Counsel for Plaintiff/ Counter-Defendant*



/s/ Clinton H. Scott_____
Clinton H. Scott
McWherter Scott Bobbitt
54 Exeter Road, Suite D
Jackson, TN 38305
T: (731) 664-1340
clint@msb.law
*Counsel for Defendant/ Counter-Claimant*