UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SECURA INSURANCE, A MUTUAL
COMPANY,                                                                           Plaintiff/Counter Defendant,

v.                                                                         Civil Action No. 3:20-cv-373-DJH-RSE

BOND, INCORPORATED,                                                     Defendant/Counter Claimant.

\* \* \* \* \*

**ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 21) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.